1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10

11 ERICA POOL,                                     )          3:16-cv-00019-HDM-VPC
                                                   )
12                     Plaintiff,                   )
                                                   )          ORDER
13 vs.                                              )
                                                   )
14 GAIL WILLEY LANDSCAPING, INC.,                   )
   GAIL WILLEY and DOES 1-50,                       )
15                                                  )
                      Defendant.                    )
16 _____         )
                                                   )
17 And related counterclaims.                       )
   _____         )
18

19     Before the court is plaintiff/counterdefendant's motion to

20 strike portions of the defendant/counterclaimant Gail Willey

21 Landscaping, Inc.'s counterclaim (#11).  Defendant has opposed

22 (#13), and plaintiff has replied (#15).  Plaintiff's motion to

23 strike is hereby **DENIED WITHOUT PREJUDICE.**

     IT IS SO ORDERED.
24
     DATED: This 20th day of April, 2016.
25

26

27 _____
   UNITED STATES DISTRICT JUDGE
28